**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

WINSTON HOLLOWAY, ADC # 67507;                            PLAINTIFFS
and JOSEPH BREAULT, ADC # 79659

v.                        NO. 5:07CV00088 JLH-BD

BENNY MAGNESS, *et al*.                                              DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants. The complaint of Winston Holloway and Joseph Breault is dismissed with prejudice.

IT IS SO ORDERED this 21st day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE